(September 17, 1984)

■ In the Matter of RAYMOND B. HARDING, Appellant, v GEORGE D. SALERNO et al., Constituting the Board of Elections of the State of New York, et al., Respondents. — Appeal from a judgment of the Supreme Court at Trial Term (Kahn, J.), entered September 14, 1984 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel the State Board of Elections to tabulate and

certify the results of the September 11, 1984 primary election for the party office of New York Liberal State Committee Member.

Judgment affirmed, without costs. No opinion. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.